

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

Nos. 04-24-00854-CR & 04-24-00855-CR

Shannon Nicole **DELEON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court Nos. 2023-04-15403-CR & 2023-04-15404-CR
Honorable Camile Glasscock Dubose, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, these appeals are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 2, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk